IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 800-209, LLC,<br><br>              Plaintiff,<br><br>  v.<br><br>THE CINCINNATI INDEMNITY COMPANY,<br><br>              Defendant. | CIVIL ACTION<br>NO. 24-1101 |

## ORDER

**AND NOW**, this 31st day of July 2025, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 31), Plaintiff's Response in Opposition (Doc. No. 35), Defendant's Reply (Doc. No. 36), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 31) is **DENIED**.

                                            BY THE COURT:

                                            /s/ Joel H. Slomsky
                                            JOEL H. SLOMSKY, J.